UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIVIL ACTION NO: 2:18-cv-06262-JFB
DATE FILED: 1/7/19

MERIDETH PIOTROWSKI, on behalf of her minor Child, JP

                Plaintiff(s),

-against-

THE ROCKY POINT UNION FREE SCHOOL DISTRICT, ET AL

                Defendant(s),

**AFFIDAVIT OF SERVICE**

Nassau County, New York State: **RICK LETTAU**
Being sworn says: Deponent is not a party herein, is over 18 years of age and resides in
**NEW YORK STATE**
On **JANUARY 11, 2019** at **1:42 PM** at    **ROCKY POINT SCHOOL DISTRICT**
                                                      **82 ROCKY POINT YAPHANK ROAD**
                                                       **ROCKY POINT, NY 11778**

Deponent served the within **SUMMONS, PLAINTIFF'S SECOND AMENDED COMPLAINT,**
On which the Civil Action No. was set forth, herein and the date of filing
On **KRISTEN WHITE**

| | |
|---|---|
| **Suitable age Person {XXX}** | by delivering a true copy to **KELLY WHITE (DISTRICT CLERK/CO-WORKER)** a person of suitable age and discretion. Said premises is recipient's: **{XXX} actual place of business**   { } dwelling place/usual place of abode |
| **Mailing {XXX}** | Deponent mailed a copy of same Post Paid by First Class Mail properly addressed to **KRISTEN WHITE** at the aforementioned address in an envelope marked "Personal and Confidential". Deponent deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on **JANUARY 11, 2019** |
| **Description {XXX}** | Sex: FEMALE   Color/Skin: WHITE    Hair: BROWN   Age (approx): 40-50 yrs Height (approx): 5'3"-5'5"    Weight (approx): 125-150 LBS   Other: |
| **Military Service {XXX}** | I asked the person to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. |

Sworn to before me on January 15, 2019

MAUREEN A. LETTAU
Notary Public, State of New York
NO. 01LE6069760
Qualified in Nassau County
Commission Expires February 11, 2022

**RICK LETTAU**

GSS# 20190110095941

GUARANTEED SUBPOENA SERVICE   2009 MORRIS AVENUE   UNION, NJ 07083
(800) 672-1952